

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-13-00186-CR |
| IN RE: THE STATE OF TEXAS, | § | |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

## MEMORANDUM OPINION

The State of Texas filed a motion for emergency relief in connection with the anticipated filing of a petition for writ of mandamus. *See* TEX.R.APP.P. 52.10(a). The Court granted the motion and stayed proceedings in the trial court pending resolution of the original proceeding or further order of the Court. The State of Texas has filed a motion to dismiss this proceeding. We grant the motion, set aside the order granting emergency relief, and dismiss this original proceeding.

August 23, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)